UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 6:07-139-KKC

JAMES E. CLOUD,                                                                          PETITIONER

v.                                    **JUDGMENT**

GARY BECKSTROM,
Warden                                                                                         RESPONDENT

\* \* \* \* \* \* \* \*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court HEREBY ORDERS AND ADJUDGES that:

(1)    The Petitioner's Objections to the Recommended Disposition are **OVERRULED**;

(2)    The Magistrate Judge's Recommended Disposition is **ADOPTED** as the Opinion of the Court; and

(3)    The Petition for a Writ of Habeas Corpus is **DENIED**; and

(4)    A Certificate of Appealability is **DENIED**.

Dated this 18th day of April, 2008.



Signed By:
*Karen K. Caldwell*
United States District Judge